UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA HUTSON-GRZELKA,

    Plaintiff,

v.

DAIMLERCHRYSLER-UAW PENSION
BOARD OF ADMINISTRATORS,

    Defendants.
                                                          /

Case No. 04-73960

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION [15] AND GRANTING DEFENDANT'S MOTION TO AFFIRM THE ADMINISTRATOR'S DECISION [9]

This matter has come before the Court on the Magistrate Judge's February 14, 2006 Report and Recommendation. Being fully advised in the premises, having read the pleadings, the Court hereby ACCEPTS AND ADOPTS the Magistrate's Report and Recommendation. Accordingly, Defendant's motion to affirm the administrator's decision is GRANTED, and Plaintiff's case is hereby DISMISSED.

    SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: March 7, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2006, by electronic and/or ordinary mail.

                s/Carol A. Hemeyer
                Case Manager